[8n341c13] [NOTICE OF CONVERSION OF CASE TO CHAPTER 13]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:   Case No. 8:15−bk−10162−CPM
Chapter 13

Karl Dudley Crawford
13905 Noble Park Drive
Odessa, FL 33556

Cheryl Annette Crawford
13905 Noble Park Drive
Odessa, FL 33556

_____Debtor*_____/

NOTICE OF CONVERSION OF CASE TO CHAPTER 13

   THIS CASE came on for consideration upon the Notice Converting Chapter 7 Case to Chapter 13 filed by the debtor on January 20, 2016 . The Court having considered the record, entered an Order on Conversion to Chapter 13 on January 26, 2016 .

   Pursuant to Fed. R. Bankr. P. 2002(a), the clerk shall give notice of the following:

   1. The U.S. Trustee has scheduled an additional meeting of creditors pursuant to 11 U.S.C. Sec. 341, for March 1, 2016 , at 09:30 AM , in Room 100−B, 501 East Polk St., (Timberlake Annex), Tampa, FL 33602 at which time the Debtor and the attorney of record shall appear in person. The 341 meeting may be adjourned from time to time without further written notice.

   2. An initial Chapter 13 confirmation hearing is scheduled for April 6, 2016 at 01:30 PM in Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602 . The debtor(s) plan or summary of the plan will be sent separately. Attendance at the initial confirmation hearing is optional. Only the Chapter 13 Trustee is required to attend.

   3. The U.S. Trustee has appointed as Standing Trustee:

   Jon Waage
   P O Box 25001
   Bradenton, FL 34206−5001

   4. DEADLINE TO FILE A PROOF OF CLAIM – The Court hereby sets the deadline to file a proof of claim as May 31, 2016 . Any creditor who has filed a proof of claim in the Chapter 7 case is not required to file a proof of claim in the converted Chapter 13 case. A proof of claim is a signed statement describing a creditor's claim. If you do not file a proof of claim by the Deadline to File a Proof of Claim provided above, you might not be paid any money on your claim against the Debtor in the bankruptcy case. To be paid you must file a proof of claim even if your claim is listed in the schedules filed by the Debtor. Claims should be filed on a form officially prescribed for a proof of claim. A proof of claim form may be obtained from the clerk's office of any Bankruptcy Court. However, you can file via the internet by going to the Court's web site at http://pacer.flmb.uscourts.gov/cmecf/proofofclaim.htm and following the instructions under the section Electronic Filing of Proof of Claim Form. Copies of supporting documents; such as statements of account, invoices, ledger cards, etc. should be attached to the proof of claim form. A claim may be filed with, or mailed to, the Clerk of the Bankruptcy Court.

   5. DEADLINE TO FILE COMPLAINT OBJECTING TO DISCHARGEABILITY OF CERTAIN DEBTS – The Court hereby sets the deadline to file a complaint objecting to dischargeability of certain debts as May 2, 2016provided, however, if the case reconverts to a Chapter 7 case, the original complaint deadline set in the original case shall stand.

6. AUTOMATIC STAY – The petition and the order for relief act as a stay applicable to all entities, of certain acts and proceedings against the Debtor and the property of the Debtor and from the collection of a consumer debt from certain co–debtors. The extent of such stays is defined in Section 362(a) and Section 1301(a) of Title 11 U.S.C.

DATED on January 26, 2016

FOR THE COURT

Lee Ann Bennett , Clerk of Court

Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 555
Tampa, FL 33602

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.