```
                                United States Bankruptcy Court
                                 Middle District of Florida
In re:                                                            Case No. 15-10162-CPM
Karl Dudley Crawford                                              Chapter 13
Cheryl Annette Crawford
        Debtors                        CERTIFICATE OF NOTICE
District/off: 113A-8          User: kerked                Page 1 of 2                  Date Rcvd: Jan 26, 2016
                              Form ID: 8n341c13           Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 28, 2016.
db/jdb         +Karl Dudley Crawford,    Cheryl Annette Crawford,    13905 Noble Park Drive,
                 Odessa, FL 33556-1768
aty            +Roberto D DeLeon,    Kaufman, Englett & Lynd, PLLC,    150 N. Orange Avenue, Suite 100,
                 Orlando, FL 32801-2317
tr              Jon Waage,   P O Box 25001,    Bradenton, FL 34206-5001
25832179       +Ashley Lakes HOA,    c/o Qualified Property Mngmt,    PO Box 628207,    Orlando, FL 32862-8207
25832180       +Barclays Bank Delaware,    Attn: Bankruptcy,    P.O. Box 8801,    Wilmington, DE 19899-8801
25832181       +Bealls,   PO Box 182273,    Columbus, OH 43218-2273
25832182       +Capital 1 Bank,    Attn: General Correspondence,    Po Box 30285,    Salt Lake City, UT 84130-0285
25964758        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
25832183       +Carnival Mastercard,    PO Box 60517,    City of Industry, CA 91716-0517
25832184       +Cbs Col Owbr,   Po Box 1479,    Owensboro, KY 42302-1479
25832185       +Chase Bank,    Attn: Bankruptcy Dept,    Po Box 15298,   Wilmington, DE 19850-5298
25832186       +Chase Card,   201 N. Walnut St//Del-1027,    Wilmington, DE 19801-2920
25832187       +Colleen Rediger,    Mark Rediger,   c/on Brinson Law Firm,    PO Box 8668,
                 Saint Petersburg, FL 33738-8668
25832188       +Cooksales, Inc.,    PO Box 538389,    Atlanta, GA 30353-8389
25832189       +Credit Bureau Systems,    PO Box 9200,   Paducah, KY 42002-9200
25832190       +Financial Corporation Of America,    Attn: Bankruptcy,   Po Box 203500,    Austin, TX 78720-3500
25832192        Frank C Pettinato II, DMD,    4427 Rowan Rd,    New Port Richey, FL 34653-6198
25832194       +Gte Financial,    711 E Henderson Ave,   Tampa, FL 33602-2509
26025320        M&T BANK,   PO BOX 1508,    BUFFALO, NY 14240-1508
25832198        M&t Credit Services Ll,    1100 Worley Drive,   Consumer Asset Management 2nd Floor/Attn,
                 Williamsville, NY 14221
25832200       +Oac,   Po Box 500,    Baraboo, WI 53913-0500
25832201       +Pacific Union Financia,    1603 Lbj Fwy Ste 500,   Farmers Branch, TX 75234-6071
25832202       +Sam's Club,   2101 S.E. Simple Savings Dr,    Bentonville, AR 72712-4304
25832206       +Tdrcs/rooms To Go,    1000 Macarthur Blvd,   Mahwah, NJ 07430-2035
25836563       +United States Attorney,    400 West Washington Street,    Suite 3100,    Orlando FL 32801-2440
25832207       +Wfdillards,   Po Box 14517,    Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +E-mail/Text: ustpregion21.tp.ecf@usdoj.gov Jan 26 2016 23:00:08     Cynthia Burnette,
                 United States Trustee,    Timberlake Annex, Ste. 1200,    501 E. Polk Street,
                 Tampa, FL 33602-3949
tr             +E-mail/Text: slmeininger@earthlink.net Jan 26 2016 22:58:34     Stephen L Meininger,
                 707 North Franklin Street,    Suite 850,   Tampa, FL 33602-4400
ust            +E-mail/Text: ustpregion21.tp.ecf@usdoj.gov Jan 26 2016 23:00:08
                 United States Trustee - TPA7/13,    Timberlake Annex, Suite 1200,    501 E Polk Street,
                 Tampa, FL 33602-3949
cr              E-mail/PDF: rmscedi@recoverycorp.com Jan 26 2016 22:50:47     Recovery Management Systems Corp.,
                 Attn: Ramesh Singh,    25 SE Second Avenue, Ste 1120,    Miami, FL  33131-1605
25832191       +E-mail/Text: bankruptcies@floridacentralcu.com Jan 26 2016 22:59:51     Florida Central Credit,
                 3333 Henderson Blvd,    Tampa, FL 33609-2955
25832193       +E-mail/PDF: gecsedi@recoverycorp.com Jan 26 2016 22:50:15     Gemb/walmart,    Attn: Bankruptcy,
                 Po Box 103104,   Roswell, GA 30076-9104
25832195       +E-mail/PDF: gecsedi@recoverycorp.com Jan 26 2016 22:50:44     Hhgregg,    PO BOX 960061,
                 Orlando, FL 32896-0061
25832196       +E-mail/PDF: gecsedi@recoverycorp.com Jan 26 2016 22:50:44     Lowes,    P.O. Box 530914,
                 Atlanta, GA 30353-0914
25832197       +E-mail/PDF: gecsedi@recoverycorp.com Jan 26 2016 22:50:15     Lowes Business,    PO Box 530970,
                 Atlanta, GA 30353-0970
25832199       +E-mail/Text: lossrecoveryteam@growfinancial.org Jan 26 2016 23:00:37
                 Macdill Air Force Bk/Grow Financial FCU,    Attn: Bankruptcy,   Po Box 89909,
                 Tampa, FL 33689-0415
25935285        E-mail/Text: bnc-quantum@quantum3group.com Jan 26 2016 22:58:39
                 Quantum3 Group LLC as agent for,    Crown Asset Management LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
25836141        E-mail/PDF: rmscedi@recoverycorp.com Jan 26 2016 22:50:47
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
25841279        E-mail/PDF: gecsedi@recoverycorp.com Jan 26 2016 22:51:13     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
25832203       +E-mail/PDF: gecsedi@recoverycorp.com Jan 26 2016 22:50:16     Synchrony Bank/Care Credit,
                 Attn: bankruptcy,    Po Box 103104,   Roswell, GA 30076-9104
25832204       +E-mail/PDF: gecsedi@recoverycorp.com Jan 26 2016 22:50:44     Synchrony Bank/Lens Crafters,
                 Attn: Bankruptcy,    Po Box 103104,   Roswell, GA 30076-9104
25832205       +E-mail/PDF: gecsedi@recoverycorp.com Jan 26 2016 22:50:44     Synchrony Bank/Lowes,
                 Attention: Bankruptcy Department,    Po Box 103104,   Roswell, GA 30076-9104
                                                                                              TOTAL: 16
```

```
District/off: 113A-8               User: kerked              Page 2 of 2                Date Rcvd: Jan 26, 2016
                                   Form ID: 8n341c13         Total Noticed: 42

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
25836564       Kayla Crawford
                                                                                             TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2016                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 26, 2016 at the address(es) listed below:
              Cynthia  Burnette    on behalf of U.S. Trustee    United States Trustee - TPA7/13
               Cindy.P.Burnette@usdoj.gov
              Jon  Waage    jwflecf@trustee13.com
              Roberto D DeLeon    on behalf of Joint Debtor Cheryl Annette Crawford rdeleon@kelattorneys.com,
               cmountz@kelattorneys.com,arousis@kelattorneys.com,kmountz@kelattorneys.com,
               jjones@kelattorneys.com,khylton@kelattorneys.com,gmont@kelattorneys.com
              Roberto D DeLeon    on behalf of Debtor Karl Dudley Crawford rdeleon@kelattorneys.com,
               cmountz@kelattorneys.com,arousis@kelattorneys.com,kmountz@kelattorneys.com,
               jjones@kelattorneys.com,khylton@kelattorneys.com,gmont@kelattorneys.com
              Stephen L Meininger    SLMeininger@earthlink.net,  smeininger@ecf.epiqsystems.com;FL38@ecfcbis.com
              United States Trustee - TPA7/13    USTPRegion21.TP.ECF@USDOJ.GOV
                                                                                                    TOTAL: 6
```

[8n341c13] [NOTICE OF CONVERSION OF CASE TO CHAPTER 13]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No. 8:15−bk−10162−CPM
Chapter 13

Karl Dudley Crawford
13905 Noble Park Drive
Odessa, FL 33556

Cheryl Annette Crawford
13905 Noble Park Drive
Odessa, FL 33556

_____Debtor*_____/

NOTICE OF CONVERSION OF CASE TO CHAPTER 13

   THIS CASE came on for consideration upon the Notice Converting Chapter 7 Case to Chapter 13 filed by the debtor on January 20, 2016 . The Court having considered the record, entered an Order on Conversion to Chapter 13 on January 26, 2016 .

   Pursuant to Fed. R. Bankr. P. 2002(a), the clerk shall give notice of the following:

   1. The U.S. Trustee has scheduled an additional meeting of creditors pursuant to 11 U.S.C. Sec. 341, for March 1, 2016 , at 09:30 AM , in Room 100−B, 501 East Polk St., (Timberlake Annex), Tampa, FL 33602 at which time the Debtor and the attorney of record shall appear in person. The 341 meeting may be adjourned from time to time without further written notice.

   2. An initial Chapter 13 confirmation hearing is scheduled for April 6, 2016 at 01:30 PM in Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602 . The debtor(s) plan or summary of the plan will be sent separately. Attendance at the initial confirmation hearing is optional. Only the Chapter 13 Trustee is required to attend.

   3. The U.S. Trustee has appointed as Standing Trustee:

   Jon Waage
   P O Box 25001
   Bradenton, FL 34206−5001

   4. DEADLINE TO FILE A PROOF OF CLAIM − The Court hereby sets the deadline to file a proof of claim as May 31, 2016 . Any creditor who has filed a proof of claim in the Chapter 7 case is not required to file a proof of claim in the converted Chapter 13 case. A proof of claim is a signed statement describing a creditor's claim. If you do not file a proof of claim by the Deadline to File a Proof of Claim provided above, you might not be paid any money on your claim against the Debtor in the bankruptcy case. To be paid you must file a proof of claim even if your claim is listed in the schedules filed by the Debtor. Claims should be filed on a form officially prescribed for a proof of claim. A proof of claim form may be obtained from the clerk's office of any Bankruptcy Court. However, you can file via the internet by going to the Court's web site at http://pacer.flmb.uscourts.gov/cmecf/proofofclaim.htm and following the instructions under the section Electronic Filing of Proof of Claim Form. <u>Copies of supporting documents; such as statements of account, invoices, ledger cards, etc. should be attached to the proof of claim form. A claim may be filed with, or mailed to, the Clerk of the Bankruptcy Court.</u>

   5. DEADLINE TO FILE COMPLAINT OBJECTING TO DISCHARGEABILITY OF CERTAIN DEBTS − The Court hereby sets the deadline to file a complaint objecting to dischargeability of certain debts as May 2, 2016provided, however, if the case reconverts to a Chapter 7 case, the original complaint deadline set in the original case shall stand.

6. AUTOMATIC STAY – The petition and the order for relief act as a stay applicable to all entities, of certain acts and proceedings against the Debtor and the property of the Debtor and from the collection of a consumer debt from certain co–debtors. The extent of such stays is defined in Section 362(a) and Section 1301(a) of Title 11 U.S.C.

DATED on January 26, 2016

FOR THE COURT
Lee Ann Bennett , Clerk of Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 555
Tampa, FL 33602

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.