[8ogext1] [ORDER GRANTING MOTION TO EXTEND TIME]

ORDERED.

**Dated: April 22, 2016**

_Catherine M<sup>c</sup>Ewen_
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  Case No. 8:15−bk−10162−CPM
 Chapter 13

Karl Dudley Crawford

Cheryl Annette Crawford

_____Debtor*_____/

ORDER GRANTING MOTION TO EXTEND TIME
TO FILE COMPLAINT TO DETERMINE DISCHARGEABILITY OF CERTAIN DEBTS

   THIS CASE came on for consideration without a hearing on the Motion to Extend Time to Object to Dischargeability of Debt (Doc. No. 32 ) ("Motion") filed by Colleen Rediger and Mark Rediger ("Movant"). In considering the Motion, the Court notes that it is the first time Movant has sought such an extension. It is this Court's policy to grant one such extension for a period of 60 days without a hearing or order directing a response. Accordingly, it is

   **ORDERED** that the Motion is GRANTED as follows. The deadline for the Movant to file a complaint to object to dischargeability of debt is extended for an additional 60 days from the initial date set for such complaint. Any further extensions shall be granted if the Debtor has no objection or after a hearing on notice to the Debtor.

The movant's attorney is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.