ORDERED.

Dated: June 24, 2016

*Catherine McEwen*
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re: | Chapter 13 |
| KARL DUDLEY CRAWFORD and CHERYL ANNETTE CRAWFORD, | Case No.: 8:15-bk-10162-CPM |
| Debtors _____/ | |

**ORDER GRANTING SECOND AGREED MOTION TO EXTEND TIME TO FILE ADVERSARY COMPLAINT OBJECTING TO DETERMINE DISCHARGEABILITY OF CERTAIN DEBTS**

THIS CASE came on for consideration without a hearing on the Second Agreed Motion to Extend Time to File Adversary Complaint Objecting to Determine Dischargeability of Certain Debts (Doc. No. 38) (the "Motion") filed by Mark and Collen Rediger ("Movants"). In considering the Motion, the Court notes that the Motion is agreed to by the Debtors. Accordingly, it is

ORDERED:

1. The Motion is granted.

2. The deadline for Movants to file a complaint to object to dischargeability of debt is extended for an additional sixty days from the current deadline of July 1, 2016, i.e. August 30, 2016.

Michael A. Nardella is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.