# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In Re:

    **KARL DUDLEY CRAWFORD**              CASE NO.: 8:15-BK-10162-CPM
    **CHERYL ANNETTE CRAWFORD**

       Debtors.                              Chapter 13

_____/

## OBJECTION TO CLAIM NO. 12 AS FILED BY MARK AND COLLEEN REDIGER

> **NOTICE AND OPPORTUNITY TO OBJECT AND FOR HEARING**
>
>     Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files a response within 30 days from the date set forth on the proof of service attached to this paper plus an additional three days for service. If you object to the relief requested in this paper, you must file your response with the Clerk of the Court at the Sam Gibbons Courthouse, 801 N. Florida Avenue, Tampa, FL 33602 and serve a copy on the movant's attorney, Roberto D DeLeon, Esq., Kaufman, Englett & Lynd, PLLC, 150 N. Orange Avenue, Suite 100, Orlando, FL 32801, and any other appropriate persons within the time allowed.
>
>     If you file and serve a response within in the time permitted, the Court may schedule and notify you of a hearing, or the Court may consider the response and may grant or deny the relief requested without a hearing. If you do not file a response within the time permitted, the Court will consider that you do no oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

    COME NOW Debtors, KARL DUDLEY CRAWFORD and CHERYL ANNETTE CRAWFORD, by and through the undersigned counsel, and pursuant to 11 U.S.C. § 502(b) and files this Objection to the claim of Creditor, MARK AND COLLEEN REDIGER ("Redigers"), and in support thereof the Debtors state as follows:

1. Debtors object to the Rediger's claim to the extent that it exceeds the amount listed on Schedule F and to the extent it is based on an unliquidated claim for treble damages which is both unproven and unsubstantiated.

    WHEREFORE, Debtors, by and through the undersigned counsel, request an order sustaining this objection and disallowing the claim of MARK AND COLEEN REDIGER, as filed and order such other and further relief as is just and proper.

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic transmission and/or U.S. First Class mail, postage pre-paid, this 4th day of October, 2016 to Jon Waage, Trustee, PO Box 25001, Bradenton, FL 34206-5001, and Creditor, Mark and Colleen Rediger, c/o Michael A. Nardella, Esq., Nardella & Nardella, PLLC, 250 E. Colonial Drive, Suite 102, Orlando, FL 32801.

      Respectfully Submitted,

/s/ ROBERTO D DELEON, ESQ.
Roberto D DeLeon, Esq.
Attorney for Debtor(s)
Kaufman, Englett & Lynd, PLLC
150 N. Orange Ave., Suite 100
Orlando, FL 32801
P. 407.513.1900
F. 407.512.1549
Fla. Bar No. 93901