**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 13** |
| **KARL DUDLEY CRAWFORD and CHERYL ANNETTE CRAWFORD,** | **Case No.: 8:15-bk-10162-CPM** |
| **Debtors.** _____/ | |

**SUPPLEMENTAL RESPONSE TO OBJECTION TO CLAIM NO. 12-1 AS FILED BY MARK AND COLLEEN REDIGER**

Creditors and parties-in-interest Mark and Colleen Rediger (the "Redigers"), by and through their counsel, hereby supplements its response filed on October 18, 2016 (Doc. No. 42) to the Debtors' Objection to Claim No. 12-1 (the "Objection") (Doc. 41) and, in support, state the following:

1. Pursuant to the Amended Administrative Order Prescribing Procedures for Chapter 13 Cases issued in the case on January 26, 2016 (Doc. No. 20)(the "Administrative Order"), the deadline for filing objections to claims is "no later than 28 days after the claims bar date" (Administrative Order, ¶ 14).

2. The last day to file claims in this case was May 31, 2016 and the deadline for filing objections pursuant to the Administrative Order was June 28, 2016.

3. The Debtors filed their Objection to the Redigers' claim on October 4, 2016, well past the deadline for objecting to claims.

4. Therefore, the Debtors' Objection should be overruled as untimely and the Redigers' Claim No. 12 should be allowed in full.

WHEREFORE, creditors and parties-in-interest Mark and Colleen Rediger and requests entry of an order overruling Debtors' Objection to Claim No. 12, and for such other relief as the Court deems just and proper.

### CERTIFICATE OF SERVICE

The undersigned, hereby certifies that a true and correct copy of the foregoing was furnished via CM/ECF system and by U.S. mail on October 19, 2016 to: Karl Dudley Crawford and Cheryl Annette Crawford, 13905 Noble Park Drive, Odessa, FL 33556, Robert D. DeLeon, Esquire, Kaufman, Englett & Lynd, PLLC, 150 North Orange Avenue, Suite 100, Orlando, FL 32801, the U.S. Trustee, 501 East Polk Street, Suite 1200, Tampa, Florida 33602, the trustee Jon M. Waage, P.O. Box 25001, Bradenton, FL 34206 and all parties participating in CM/ECF.

/s/ Michael A. Nardella
Michael A. Nardella, Esq.
Florida Bar No: 51265
**NARDELLA & NARDELLA, PLLC**
250 E. Colonial Drive, Suite 102
Orlando, Florida 32801
Telephone: (407) 966-2680
Facsimile: (407) 966-2681
Primary Email: mnardella@nardellalaw.com
Secondary Email: akeppel@nardellalaw.com

**Attorneys for Mark and Colleen Rediger**