UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:                                                                  CASE NO.: 8:15-bk-10162-CPM

Karl Dudley Crawford and
Cheryl Annette Crawford
    Debtors.                                                            CHAPTER 13
_____/

## PROOF OF SERVICE

The undersigned hereby gives proof of service of the following documents:

1. Order Granting Motion for Substitution of Counsel (Doc. No. 49)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the documents listed above have been served on this 1st day of December, 2016 either by electronic transmission or by U.S. first class mail on the parties listed below.

☑  All parties listed on the attached mailing matrix.

Respectfully Submitted,

/s/ ROBERT DELEON, ESQ.
Robert DeLeon, Esq.
DeLeon Law, PLLC
204 37th Ave N. #131
St. Petersburg, FL 33704
Fla. Bar No: 93901