ORDERED.

Dated: March 16, 2017

*Catherine McEwen*
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re: | Chapter 13 |
| KARL DUDLEY CRAWFORD and CHERYL ANNETTE CRAWFORD, | Case No.: 8:15-bk-10162-CPM |
| Debtors. _____/ | |
| COLLEEN REDIGER, and MARK REDIGER, | Adversary Proceeding |
| Plaintiffs, | Case No. 8:15-ap-00559-CPM |
| v. | |
| KARL DUDLEY CRAWFORD, | |
| Defendant. _____/ | |

**ORDER REGARDING DOCUMENT PRODUCTION PRIOR TO MEDIATION**

THIS CASE came on for consideration on March 6, 2017, upon the *ore tenus* motion for to compel document production prior to mediation (the "Motion") brought by the Plaintiffs at the Parties' pre-trial conference. The Court, having heard the arguments of the Parties and being otherwise fully advised in the premises, hereby

ORDERS that:

1. The Motion is **GRANTED**, as further provided herein.

2.	The Parties will be directed to mediation for possible resolution of all issues by separate Order of this Court.

3.	Within fourteen (14) days of the service of this Order, the Defendant is ordered to produce to Plaintiff copies of all non-privileged documents in Plaintiff's possession, custody, and control as requested by Plaintiff in that certain Notice of 2004 Examination (Doc. 31), or, if the Defendant objects to the production of any such non-privileged documents, the Defendant must file a motion for protective order pursuant to Local Rule 2004-1.

4.	**A further pretrial conference is scheduled in this case for 11:00 a.m. on May 8, 2017, at 801 N. Florida Ave., Courtroom 8B, Tampa, FL 33602**.

Michael A. Nardella is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.