

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

03/29/2017 03:30 PM

COURTROOM  8B

HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:15-bk-10162-CPM | 13 | 10/06/2015 |

Chapter 13

**DEBTOR:**  Karl Crawford

Cheryl Crawford

**DEBTOR ATTY:**  Matthew Englett

**TRUSTEE:**  Jon Waage

**HEARING:**

1-CONTINUED CONFIRMATION HEARING
2-Objection to Confirmation of Plan Filed by Michael A Nardella on behalf of Colleen Rediger, Mark Rediger (related document(s)[23]). (Nardella, Michael) Doc #29
( LAST CONTINUANCE )
3-CONTINUED HEARING ON Objection to   Claim No. 12 of Mark and Colleen Redgier.   Filed by Roberto D DeLeon on behalf of Joint Debtor Cheryl Annette Crawford, Debtor Karl Dudley Crawford (DeLeon, Roberto) Doc #41; Resp 42; 43)
.

**APPEARANCES:**:
ROBERT DELEON; <B> KIMBERLY MCINTYRE </B>
**RULING:**
1-CONTINUED CONFIRMATION HEARING... ALL MATTERS CONT TO 6/7/17 AT 1:35 PM; ...<b>ANNOUNCED IN OPEN COURT NO FURTHER NOTICE GIVEN</b>...


2-Objection to Confirmation of Plan Filed by Michael A Nardella on behalf of Colleen Rediger, Mark Rediger (related document(s)[23]). (Nardella, Michael) Doc #29


( LAST CONTINUANCE )

3-CONTINUED HEARING ON Objection to   Claim No. 12 of Mark and Colleen Redgier.   Filed by Roberto D DeLeon on behalf of Joint Debtor Cheryl Annette Crawford, Debtor Karl Dudley Crawford (DeLeon, Roberto)

Case Number 8:15-bk-10162-CPM                 Chapter 13

.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.