

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

05/08/2017 11:00 AM

COURTROOM 8B

HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:15-bk-10162-CPM | 13 | 10/06/2015 |

Chapter 13

**DEBTOR:** Karl Crawford

Cheryl Crawford

**DEBTOR ATTY:** Matthew Englett

**TRUSTEE:** Jon Waage

**HEARING:**

CONTINUED HEARING ON Motion for Relief from Stay   Re: to Pursue Fraud Claims. Filed by Michael A Nardella on behalf of Colleen Rediger, Mark Rediger (doc 52)
.

**APPEARANCES:**:
ROBERT DELEON..

**RULING:**
CONTINUED HEARING ON Motion for Relief from Stay   Re: to Pursue Fraud Claims. Filed by Michael A Nardella on behalf of Colleen Rediger, Mark Rediger (doc 52).. SETTLEMENT ANNOUNCED; IF DOCUMENTS NOT FILED IN 60 DAYS COURT WILL SET A STATUS CONFERENCE..

.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.