UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                          Case No.: 8:15-bk-10162-CPM

Karl Dudley Crawford and
Cheryl Annette Crawford

Debtors.                                                        CHAPTER 13
_____/

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 21 days from the date set forth on the attached proof of service, plus an additional three days for service if any part was served by U.S. Mail.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 801 N. Florida Avenue, Suite 555, Tampa, FL 33602-3899 and serve a copy on the movant's attorney, Robert D DeLeon, Esq., DeLeon Law, PLLC, 204 37th Ave N. #131, St. Petersburg, FL 33704, and any other appropriate within the time allowed. If you file and serve a response within in the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do no oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

**MOTION TO APPROVE SETTLEMENT AGREEMENT**

COME NOW, Mark Rediger and Colleen Rediger (the "Creditors" or "Plaintiffs") and Karl Dudley Crawford (the "Debtor" or "Defendant"), by and through their undersigned attorneys, and hereby file this Motion to Approve Settlement Agreement, and in support thereof state as follows:

**JURISDICTION**

1.      The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(B), (G) and (I).

2. Venue of this proceeding and this Motion is property in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

3. The Debtor and his wife (the "Debtors") filed a petition for relief under chapter 7, titled 11 of the United States Code in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division on October 6, 2015.

4. Debtors scheduled a debt owed by the Debtor to the Creditors on Schedule F of their petition (Doc. No. 1).

5. The Debtors subsequently converted their case to one under chapter 13 on January 20, 2016 (Doc. No. 17)

6. On May 10, 2016, Creditors, Mark Rediger and Colleen Rediger timely filed a proof of claim (Claim No. 12-1) in the amount of $364,368.14 based on a failed home construction contract between the Debtor and Creditors. Creditors proof of claim contained not only contractual damages, but also included an amount based on an allegation of civil theft and treble damages.

7. On August 24, 2016, Creditors filed an adversary proceeding, case number 8:16-ap-00559-CPM, against Debtor Karl Dudley Crawford, under 11 U.S.C. § 523(a) to determine the non-dischargeability of the debt owed to them.

8. On October 4, 2016, Debtor filed an Objection to Claim (Doc. No. 41), which was subsequently responded to by the Creditors on October 18, 2016 and October 19, 2016 (Doc. Nos. 42 and 43). The Objection to Claim is still pending before this Court and is currently scheduled for a continued preliminary hearing for June 6, 2017.

9. On January 23, 2017, Creditors filed a Motion for Relief from Stay (Doc. No. 52) in order to allow them to pursue the fraud claims against the Debtor in the state court venue (Pasco County case number 15-CA-004110-WS). The Motion for Relief from Stay is still pending before this Court and is currently scheduled for a continued preliminary for June 6, 2017.

10. On March 14, 2017, this Court entered an Order Directing Mediation (Adv. Doc. No. 12).

11. Pursuant to said Order, mediation took place on April 28, 2017 with Robert Nader serving as Mediator.

## SETTLEMENT DETAILS

12. The parties reached a settlement after attending said mediation on April 28, 2017, with confirmation as to the terms of the agreement made by the parties on August 1, 2017.

13. The settlement will resolve the currently pending Adversary Case, Objection to Claim, and Motion for Relief from Stay, along with the state court litigation.

14. The Plaintiffs and Defendant wish to compromise and settle these matters on the following terms:

   a. An Agreed Stipulated Final Judgment will be entered in the Adversary Case finding that the claim held by the Creditors against the Debtor will be non-dischargeable pursuant to 11 U.S.C. § 523(a) in this bankruptcy case or any subsequent bankruptcy case filed by the Debtor, or his company Crawford Construction, LLC.

    b. In consideration of this agreement, Creditors will agree to reduced claim of Two Hundred and Thirty-Five Thousand ($235,000.00) dollars. Creditors will amend their previously filed proof of claim to conform with this amount.

    c. The Debtor's Objection to Claim will thereafter be denied as moot.

    d. A Final Judgment will be entered in the state court case against the Debtor and his company, Crawford Construction, LLC in the amount of Two Hundred and Thirty-Five Thousand ($235,000.00) dollars.

    e. Creditors will seek the maximum recovery available pursuant to the Florida Homeowners' Construction Recovery Fund. Creditors will promptly file a second amended proof of claim, reducing the Debtor's liability to them, in the amount, if any, Creditors recover from this fund.

    f. The Motion for Relief from Stay will be granted in part, through a separate agreed order, for the limited purpose of permitting the Creditors to obtain a Final Judgment against the Debtor and his company in state court, periodically requesting post-judgment discovery, and, to the extent necessary, for pursuing a claim against the Florida Homeowners' Construction Recovery Fund. Should Creditors become aware of money or property upon which they wish to execute, Creditors must motion this Court for such further relief in order to do so.

15. By this Motion, Plaintiffs and the Defendant seek approval of the settlement of the Adversary Proceeding and other matters in this case pursuant to Bankruptcy Rule 9019. Rule 9019 provides that "[o]n motion the by the [T]rustee and after notice and a hearing, and court may approve a compromise or settlement. Notice shall be given to creditors, the United States trustee, the debtor… and to any other entity as the court my direct." Fed.R.Bankr.P. 9019(a).

**WHEREFORE**, the Creditors and Debtor move this Court for an order approving the settlement as reflected herein and filed in this matter.

Respectfully submitted, this 9th day of August, 2017.

| | |
|---|---|
| /s/ Robert DeLeon | /s/ Michael Nardella |
| Robert DeLeon, Esq. | Michael Nardella, Esq. |
| Fla. Bar No: 93901 | Fla. Bar No: 51265 |
| DeLeon Law, PLLC | Nardella & Nardella, PLLC |
| 204 37th Ave. N #131 | 250 E. Colonial Dr., Ste 102 |
| St. Petersburg, FL 33704 | Orlando, FL 32801-1231 |
| Phone: 813-330-2010 | Phone: 407-966-2681 |
| Email: robert@deleon-law.com | Email: mnardella@nardellalaw.com |
| Counsel for Karl Crawford | Counsel for Mark and Colleen Rediger |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing motion has been served on this 9th day of August, 2017 either by electronic transmission or by U.S. first class mail on the parties listed below.

☑ All parties listed on the attached mailing matrix.

/s/ ROBERT DELEON, ESQ.
Robert DeLeon, Esq.
DeLeon Law, PLLC
204 37th Ave N. #131
St. Petersburg, FL 33704
Fla. Bar No: 93901
Tel.: 813-330-2010
Attorney for Debtors

```
Label Matrix for local noticing          Recovery Management Systems Corp.        Ashley Lakes HOA
113A-8                                   Attn: Ramesh Singh                       c/o Qualified Property Mngmt
Case 8:15-bk-10162-CPM                   25 SE Second Avenue, Ste 1120            PO Box 628207
Middle District of Florida               Miami, FL 33131-1605                     Orlando, FL 32862-8207
Tampa
Wed Nov 23 13:42:31 EST 2016

Barclays Bank Delaware                   Bealls                                   Capital 1 Bank
Attn: Bankruptcy                         PO Box 182273                            Attn: General Correspondence
P.O. Box 8801                            Columbus, OH 43218-2273                  Po Box 30285
Wilmington, DE 19899-8801                                                         Salt Lake City, UT 84130-0285


Capital One Bank (USA), N.A.             Carnival Mastercard                      Cbs Col Owbr
PO Box 71083                             PO Box 60517                             Po Box 1479
Charlotte, NC  28272-1083                City of Industry, CA 91716-0517          Owensboro, KY 42302-1479



Chase Bank                               Chase Card                               Colleen Rediger
Attn: Bankruptcy Dept                    201 N. Walnut St//De1-1027               Mark Rediger
Po Box 15298                             Wilmington, DE 19801-2920                c/on Brinson Law Firm
Wilmington, DE 19850-5298                                                         PO Box 8668
                                                                                  Saint Petersburg, FL 33738-8668

Community Hospital Of New Port Richey    Cook Sales Inc                           Cooksales, Inc.
Resurgent Capital Services               Credit Bureau Systems, Inc               PO Box 538389
PO Box 1927                              PO Box 9200                              Atlanta, GA 30353-8389
Greenville, SC 29602-1927                Paducah, KY 42002-9200


Credit Bureau Systems                    Financial Corporation Of America         Florida Central Credit
PO Box 9200                              Attn: Bankruptcy                         3333 Henderson Blvd
Paducah, KY 42002-9200                   Po Box 203500                            Tampa, FL 33609-2955
                                         Austin, TX 78720-3500


Frank C Pettinato II, DMD                Gemb/walmart                             Grow Financial Federal Credit Union
4427 Rowan Rd                            Attn: Bankruptcy                         c/o Kass Shuler P.A.
New Port Richey, FL 34653-6198           Po Box 103104                            Attn: Jeffrey J. Mouch, Esq.
                                         Roswell, GA 30076-9104                   P.O. Box 800
                                                                                  Tampa, Fl 33601-0800

Gte Financial                            Hhgregg                                  Lowes
711 E Henderson Ave                      PO BOX 960061                            P.O. Box 530914
Tampa, FL 33602-2509                     Orlando, FL 32896-0061                   Atlanta, GA 30353-0914



Lowes Business                           M&T BANK                                 M&t Credit Services Ll
PO Box 530970                            PO BOX 1508                              1100 Worley Drive
Atlanta, GA 30353-0970                   BUFFALO, NY 14240-1508                   Consumer Asset Management 2nd Floor/Attn
                                                                                  Williamsville, NY 14221


Macdill Air Force Bk/Grow Financial FCU  Mark and Colleen Rediger                 Oac
Attn: Bankruptcy                         c/o Michael A. Nardella, Esq.            Po Box 500
Po Box 89909                             Nardella & Nardella, PLLC                Baraboo, WI 53913-0500
Tampa, FL 33689-0415                     250 E. Colonial Drive, Suite 102
                                         Orlando, FL 32801-1231
```

| | | |
|---|---|---|
| Pacific Union Financia<br>1603 Lbj Fwy Ste 500<br>Farmers Branch, TX 75234-6071 | Pacific Union Financial, LLC<br>Aldridge Pite, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-7921 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Quantum3 Group LLC as agent for<br>Crown Asset Management LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Sam's Club<br>2101 S.E. Simple Savings Dr<br>Bentonville, AR 72712-4304 |
| Synchrony Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Synchrony Bank/Care Credit<br>Attn: bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | Synchrony Bank/Lens Crafters<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 |
| Synchrony Bank/Lowes<br>Attention:  Bankruptcy Department<br>Po Box 103104<br>Roswell, GA 30076-9104 | TD Retail Card Services<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 | Tdrcs/rooms To Go<br>1000 Macarthur Blvd<br>Mahwah, NJ 07430-2035 |
| United States Attorney<br>400 West Washington Street<br>Suite 3100<br>Orlando FL 32801-2440 | United States Trustee - TPA7/13<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | Wells Fargo Bank NA<br>PO Box 10438<br>Des Moines IA   50306-0438 |
| Wfdillards<br>Po Box 14517<br>Des Moines, IA 50306-3517 | Cheryl Annette Crawford<br>13905 Noble Park Drive<br>Odessa, FL 33556-1768 | Colleen Rediger<br>c/o Nardella & Nardella, PLLC<br>250 E. Colonial Dr, Ste 102<br>Orlando, FL 32801-1231 |
| Jon Waage<br>P O Box 25001<br>Bradenton, FL 34206-5001 | Karl Dudley Crawford<br>13905 Noble Park Drive<br>Odessa, FL 33556-1768 | Mark Rediger<br>c/o Nardella & Nardella, PLLC<br>250 E. Colonial Dr, Ste 102<br>Orlando, FL 32801-1231 |
| Matthew S Englett<br>Lawyer ASAP, LLP<br>150 North Orange Avenue, Suite 303<br>Orlando, FL 32801-2317 | Roberto D DeLeon<br>DeLeon Law, PLLC<br>204 37th Avenue, North, #131<br>St. Petersburg, FL 33704-1416 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Pacific Union Financial, LLC | (u)Kayla Crawford | End of Label Matrix<br>Mailable recipients    52<br>Bypassed recipients     2<br>Total                  54 |