ORDERED.

Dated:  October 18, 2017

Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

In Re:                                                                          Case No. 8:15-bk-10162-CPM
                                                                                Chapter 13

Karl Dudley Crawford and
Cheryl Annette Crawford

                    Debtors.
_____/

**ORDER GRANTING MOTION**
**TO APPROVE SETTLEMENT AGREEMENT (DOC. NO. 71)**

THIS MATTER came on consideration, without a hearing, on Creditors, Mark Rediger and Colleen Rediger and Debtor, Karl Dudley Crawford's, Motion to Approve Settlement Agreement (Doc. No. 71) (the "Motion), pursuant to the negative notice provision of Local Rule 2002-4. The Court, having considered the Motion and the lack of any filed objection to the relief requested in the Motion by any party in interest, finds that the Motion should be Granted. ACCORDINGLY, it is:

**ORDERED** that:

1

1. No objection was filed to the relief requested in the Motion during the duly noticed Local Rule 2002-4 objection period; and

2. The Motion to Approve Settlement Agreement is fair and equitable, in the parties' best interest, should be, and is hereby **GRANTED**

3. The Motion, together with all its provisions, is hereby approved in its entirety.

Debtor's Attorney, Roberto DeLeon, is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.
_____